# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DOROTHEA CHRISTIAN, | : | |
| Plaintiff, | : | Case No. 3:12cv00194 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on July 9, 2015 (Doc. #19) is ADOPTED in full;

2. The Motion for Allowance of Attorney Fees (Doc. #18) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42

U.S.C. §406(b)(1) in the amount of $5,523.67; and

4. The case remains terminated on the docket of this Court.

July 30, 2015                             *s/Thomas M. Rose

                                                                        _____
                                                                             Thomas M. Rose
                                                               United States District Judge